174 A.3d 519

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v. JAMES L. WALDREN, A/K/A JAMES JOHNSON AND JAMES L. PARKER, DEFENDANT–PETITIONER.

C–187 September Term 2017
079273

October 16, 2017

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–005594–14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.

174 A.3d 519

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v. ERIC D. CURRY, DEFENDANT–PETITIONER.

C–156 September Term 2017
079340

October 16, 2017

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–001978–14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.